**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**BOBBIE READY**
*as Mother and Next Kin of Joel Anthony Davis, Jr., Deceased,*
*and on Behalf of the Heirs and Wrongful Death Beneficiaries*
*of Joel Anthony Davis, Jr., Deceased*

**V.**                                                 **CAUSE NUMBER 1:20CV160**

**DEPUTY FRED HECKART, ET AL.**

## ORDER

The above styled and numbered cause was assigned United States District Judge Michael P. Mills on July 29, 2020. Judge Mills, on his own motion, hereby RECUSES himself from this cause.

It is **ORDERED** that the Clerk of Court is directed to transfer and re-assign this case to another United States District Judge.

This the 3<u>RD</u> day of August 2020.

        <u>/s/</u>**MICHAEL P. MILLS**
        **UNITED STATES DISTRICT JUDGE**
        **NORTHERN DISTRICT OF MISSISSIPPI**